UNITED STATES DISTRICT COURT
DISTRICT OF NEW JERSEY

| | |
|---|---|
| UNITED STATES OF AMERICA | : ORDER |
| v. | : |
| ANTONIO WALLE PIMENTO<br>a/k/a "Antonio Rayo,"<br>a/k/a "Tattoo Tony" | :<br>:<br>: Mag. No. 11-2515 (DEA) |

This matter having been opened to the Court on the joint motion of the United States, by Paul J. Fishman, United States Attorney for the District of New Jersey (Jennifer Davenport, Assistant United States Attorney) and David E. Schafer, Esq., attorney for defendant Antonio Walle Pimentel, to amend the caption of this criminal matter to the following to reflect Mr. Pimentel's proper name of "Pimentel" not "Pimento":

UNITED STATES OF AMERICA

v.

ANTONIO WALLE PIMENTEL,
a/k/a "Antonio Rayo,"
a/k/a "Tattoo Tony"

IT IS, therefore, on this __10th__ day of March, 2011,

ORDERED that the caption in Mag. No. 11-2515 (DEA) be and hereby is amended.

_____
HON. DOUGLAS E. ARPERT
United States Magistrate Judge